JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA SMOG CHECK, and SAYED D. TAHERI, <br><br> Defendants. | Civil Case No. 5:24-cv-2302 <br><br> **JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, I**T IS HEREBY ORDERED**:

1. Plaintiff's Motion for default judgment is **GRANTED**;
2. Final judgment be **ENTERED** in favor of Plaintiff;
3. Defendants are **ENJOINED** from engaging in any of the following acts:
   (a) Using without the authorization of AAA any of AAA's Marks, logos, and trade names, including the designation "AAA" or any other name, logo, or Mark that includes the designations "AAA" or that is confusingly or deceptively similar to any of AAA's Marks, logos, and trade names, either alone or in conjunction with other words or symbols, as part of any trademark, service mark, logo, trade name, corporate name, assumed name, domain name, on or in relation to any goods sold or distributed by the Defendants, or in any other manner; and
   (b) Using combination letter "A's" in any form or manner that would tend to identify or associate Defendants or their business or services with AAA, including, without limitation, in the marketing, promotion, advertising, identification, sale or distribution of goods or services, or in any other manner.
3. Defendants are further **ORDERED** to:
   (a) Pursuant to 15 U.S.C. § 1118, destroy all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, internet content, stationery, software, and other items in their possession or control that contain the infringing mark, the designation "AAA," or any other term confusingly similar to "AAA," either alone or in combination with other words or symbols and to destroy all plates, molds, matrices, masters, and other means of making any of those infringing items;

(b) Abandon, cancel, delete, and/or withdraw, with prejudice, any U.S. or state trademark applications or registrations that contain the AAA Marks, or any other confusingly similar name, logo, or mark;

(c) File all documentation necessary to cancel or amend any business names, trade names, licenses, or corporate registrations or applications associated with the infringing mark that incorporate the AAA Marks and any other corporate or business registrations, registered trade names, or business licenses controlled by Defendants that contain the AAA Marks or any other confusingly similar name, logo, or mark within ten (10) days of the entry of this Order, and Defendants shall take all further necessary actions to cancel or amend these records within one week of receiving notice that such actions are necessary;

(d) Transfer to AAA any and all domain names in their or their agents' possession, custody, or control that include the AAA Marks;

(e) File with this Court and serve on AAA, within thirty (30) days after the entry of this Order, a report in writing, under oath, setting forth in detail their compliance therewith.

4. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendants. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

5. The Clerk of the Court is **DIRECTED** to close the case. The Court shall retain jurisdiction for the sole purpose of enforcing this Order.

    IT IS SO ORDERED.

Date: February 26, 2025

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

-6-